IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RODERICK WILLIAMS**,

**Petitioner,**

**v.**

**JAMES N. CROSS,**

**Respondent.**                                              No. 13-CV-0013-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Petitioner Roderick Williams, formerly incarcerated in the Greenville Federal Correctional Institution, brings this habeas corpus action pursuant to 28 U.S.C. § 2241, to challenge the respondent's denial of his application for placement in community confinement during the final twelve months of his sentence (Doc. 1).[1] Under the Second Chance Act of 2007, 18 U.S.C. § 3624(c), a prisoner may be placed in a community correctional center for up to twelve months before the end of the term of incarceration. Petitioner requested the full twelve months, but claims that Greenville failed to give him individualized assessment under the statute as the date of placement was only six months prior to his release date.  Williams scheduled release date is October 22, 2013.

---

[1] The record reveals that Williams is no longer housed at Greenville Federal Correctional Institution and has been transferred to Chicago CCM.  See
http://www.bop.gov/iloc2/InmateFinderServlet?Transaction=NameSearch&needingMoreList=false&FirstName=roderick&Middle=&LastName=williams&Race=U&Sex=U&Age=&x=60&y=12

On May 8, 2013, pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b) and Local Rule 72.1(a), United States Magistrate Judge Philip M. Frazier submitted a Report and Recommendation ("the Report") recommending that the Court deny as moot petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and that the Court dismiss the petition as Williams is not being held in custody in violation of the Constitution or federal law (Doc. 17).

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by May 28, 2013. To date, none of the parties have filed objections, and the period in which to file objections has expired.[1] Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the Report in its entirety (Doc. 17). The Court **DENIES as moot** and **DISMISSES** petitioner's writ of habeas corpus. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 30th day of May, 2013.

David R. Herndon
2013.05.30
14:09:45 -05'00'

**Chief Judge**
**United States District Court**

---

[1] A review of the Bureau of Prison's website on January 3, 2012 indicates that petitioner was released from prison on December 10, 2009. *See* http://www.bop.gov/iloc2/InmateFinderServlet?Transaction=NameSearch&needingMoreList=false&FirstName=douglas&Middle=&LastName=hawxhurst&Race=U&Sex=U&Age=&x=86&y=8