IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODERICK WILLIAMS,

    Petitioner,

-vs-

JAMES N. CROSS,

    Respondent.                   No. 13-cv-13-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 30, 2013, the Petition for Writ of Habeas Corpus is **DENIED** as moot and **DISMISSED.**

**DATED**: May 30, 2013

                                  NANCY J. ROSENSTENGEL,
                                  CLERK OF COURT

                                BY:  s/*Sara Jennings*
                                        Deputy Clerk

David R. Herndon
2013.05.30
14:29:17 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT